IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DELTA COALS, LLC )
) No. 3-11-0322
v. )
)
ARMSTRONG COAL COMPANY, INC. )

O R D E R

The plaintiff's motion to reschedule Rule 16 conference (Docket Entry No. 102) is GRANTED.

The case management conference is RESCHEDULED from April 12, 2012, to **Monday, May 7, 2012, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN. Oral argument on the plaintiff's motion to compel (Docket Entry No. 82) shall also be heard at that time, along with the plaintiff's motion for leave to file under seal exhibits to plaintiff's motion to compel defendant to answer contention interrogatories, to produce documents and to supplement responses (Docket Entry No. 81),[1] and the plaintiff's motion for leave to file under seal plaintiff's reply memorandum in support of its motion to compel defendant to answer contention interrogatories, to produce documents, and to supplement responses (Docket Entry No. 99).[2]

The following housekeeping matters are addressed:

1. The defendant's motion to appear pro hac vice (Docket Entry No. 89) is GRANTED. Adam Keith Spease is hereby admitted to practice in this case on behalf of the defendant.

---

[1] Although the Court understands why some of the exhibits should be considered for under seal protection, it is less clear why privilege logs and discovery requests, without responses, need to be under seal.

[2] It is not clear to the Court why the plaintiff's reply (Docket Entry No. 101) needs to be maintained under seal.

The Clerk is directed to enter Adam Keith Spease as counsel for defendant at the same address already listed for Mason Miller and Trevor Wells, but with a telephone number of 502-416-1630, and email address of appease@millerwells.com.

2. The motion for leave to file under seal exhibits to plaintiff's motion for leave to file surreply (Docket Entry No. 78) is GRANTED. Although the plaintiff refers to exhibits in the plural, it appears that there is only one exhibit--Exhibit A--at issue.

The Clerk is directed to maintain UNDER SEAL Docket Entry Nos. 80 and 88.

3. The defendant's motion to exceed page limit (Docket Entry No. 96) is GRANTED.

4. The plaintiff's motion for leave to file a reply memorandum in support of plaintiff's motion to compel defendant to answer contention interrogatories, to produce documents, and to supplement responses (Docket Entry No. 100) is GRANTED.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge